**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SUSAN CHANDLER, *et al.*,

    Plaintiff,

v.                                            Civil Action No. 3:14-cv-19-REP

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

## DEFENDANT'S MOTION TO DISMISS

Defendant, Midland Credit Management, Inc. ("Midland"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), files this Motion to Dismiss. The reasons in support of the Motion are set forth in full in the accompanying memorandum.

WHEREFORE, Defendant, Midland Credit Management, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Midland's Motion to Dismiss; and (2) awarding Midland such further relief as the Court deems appropriate.

                                          **MIDLAND CREDIT MANAGEMENT, INC.**

                                          By:/s/ Timothy J. St. George
                                                Of Counsel

David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-5410
Facsimile:  (804) 698-5118
Email:  david.anthony@troutmansanders.com

John C. Lynch (VSB No. 39267)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
E-mail: john.lynch@troutmansanders.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

> Leonard A. Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard, Suite 201
> Newport News, VA  23606
> Telephone:  (757) 930-3660
> Facsimile:  (757) 930-3662
> Email:  lenbennett@cox.net
>
> Matthew J. Erausquin, Esq.
> Casey S. Nash, Esq.
> Janelle M. Mikac, Esq.
> Consumer Litigation Associates, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA  22314
> Telephone:  (703) 273-6080
> Facsimile:  (888) 892-3512
> Email:  matt@clalegal.com
>
> *Counsel for Plaintiffs*

> /s/ Timothy J. St. George
> Timothy J. St. George (VSB Bar No. 77349)
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, Virginia  23219
> Telephone:  (804) 697-1254
> Facsimile:  (804) 698-6013
> Email:  tim.stgeorge@troutmansanders.com