UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SUSAN CHANDLER,** *et al.***,**

    **Plaintiff,**

**v.**                                                                            **Civil Action No. 3:14-cv-19-REP**

**MIDLAND CREDIT MANAGEMENT, INC.,**

    **Defendant.**

**DEFENDANT'S MOTION TO FILE CERTAIN DOCUMENTS AND INFORMATION IN ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER SEAL**

Defendant, Midland Credit Management, Inc. ("Midland"), by counsel, and pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia, files this Motion to File Certain Documents and Information in its Memorandum in Support of its Motion to Dismiss Under Seal. The reasons in support of the Motion are set forth in full in the accompanying memorandum.

WHEREFORE, Defendant, Midland Credit Management, Inc., respectfully requests that the Court: (1) grant its Motion; (2) enter the proposed Order attached to the Motion; and (3) grant Midland any such further relief that the Court deems proper.

**MIDLAND CREDIT MANAGEMENT, INC.**


By:/s/ Timothy J. St. George
                Of Counsel

David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-5410
Facsimile:  (804) 698-5118
Email:  david.anthony@troutmansanders.com

John C. Lynch (VSB No. 39267)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
E-mail: john.lynch@troutmansanders.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

> Leonard A. Bennett, Esq.
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard, Suite 201
> Newport News, VA  23606
> Telephone:  (757) 930-3660
> Facsimile:   (757) 930-3662
> Email:  len@clalegal.com
>
> Matthew J. Erausquin, Esq.
> Casey S. Nash, Esq.
> Janelle M. Mikac, Esq.
> Consumer Litigation Associates, P.C.
> 1800 Diagonal Road, Suite 600
> Alexandria, VA  22314
> Telephone:  (703) 273-6080
> Facsimile:   (888) 892-3512
> Email:  matt@clalegal.com
>
> *Counsel for Plaintiffs*

> /s/ Timothy J. St. George
> Timothy J. St. George (VSB Bar No. 77349)
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, Virginia  23219
> Telephone:  (804) 697-1254
> Facsimile:   (804) 698-6013
> Email:  tim.stgeorge@troutmansanders.com